# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TROY MITCHELL**, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**GEORGE GOBEL**, in his individual )<br>capacity, **J. JASON ELASH**, in his )<br>individual capacity, **LIBERTY** )<br>**BOROUGH**, and **SOUTH ALLEGHENY** )<br>**SCHOOL DISTRICT,** )<br>)<br>Defendants. ) | 2:17cv340<br>**Electronic Filing** |

## ORDER OF COURT

AND NOW, this 26th day of March, 2019, in accordance with the Memorandum Order entered on this date and pursuant to Federal Rule of Civil Procedure 58, IT IS ORDERED that final judgment is entered in the form of the dismissal of all claims in Plaintiff's Amended Complaint with prejudice. The Clerk shall close this case.

                                                s/David Stewart Cercone
                                                David Stewart Cercone
                                                Senior United States District Judge

cc:    Joel S. Sansone, Esquire
        Elizabeth Tuttle, Esquire
        Danielle M. Vugrinovich, Esquire
        Estell K. McGrath, Esquire
        April L. Cressler, Esquire
        Paul Alexander Custer, Esquire
        Timothy R. Smith, Esquire

        (*Via CM/ECF Electronic Mail*)